IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



------------------------------------------------
SUSAN CASTELLO obo Skylor Castello : CASE NO. 5:09 CV 2569

                              Plaintiff :

        -vs-                           :

COMMISSIONER OF SOCIAL        : ORDER ADOPTING REPORT AND
SECURITY                      : RECOMMENDATION
                     Defendant :
------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

Plaintiff Susan Castello, obo Skylor Castello challenges the Commissioner of Social Security's final decision denying her claim for her child's Supplemental Security Income. This case was automatically referred to United States Magistrate Judge James R. Knepp II, for a Report and Recommendation ("R&R") pursuant to Local Civil Rule 72.2(b). In his R&R, Magistrate Judge Knepp finds that the ALJ's decision to deny child's SSI benefits was based on a disregard and selective review of the record evidence. The administrative decision consequently lacks substantial evidence supporting it. Accordingly, he recommends that the administrative decision be reversed and remanded under the fourth sentence of 42 U.S.C. 405(g) for rehearing.

No party has objected to the Magistrate Judge's R&R. (Doc. 17). Therefore, it must be assumed the parties are satisfied with the Report's conclusion. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and

Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, the Magistrate Judge's R&R is adopted. The decision that the administrative decision be reversed and remanded for rehearing is consistent with the findings of the hereby, adopted Report and Recommendation.

IT IS SO ORDERED.

                                            /s/Lesley Wells
                                     UNITED STATES DISTRICT JUDGE

Dated: 10 February 2011